VALERIE RUBINSTEIN, as Executrix of ANDRE RUBINSTEIN, Deceased, Appellant, v. SERGE RUBINSTEIN et al., Respondents, et al., Defendants.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See 280 App. Div. 863.]

NEW YORK UNIVERSITY, Respondent, v. FLORA ALBANO, Appellant. NEW YORK UNIVERSITY, Respondent, v. DANIEL PINTO, Appellant. (Consolidated Appeals.) No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

BRIDGE HARDWARE CO., INC., Respondent, v. HYMAN HOROWITZ, as Treasurer of Plumbing, Hardware, Paint, Electrical, Radio Supplies and Automobile Accessories & Allied Trades Employees' Union, Local 1146, A. F. of L., an Unincorporated Association, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See 280 App. Div. 863.]

WATERMAN CORPORATION et al., Respondents, v. JAMES M. JOHNSTON et al., Defendants, and HARRY PRESTON et al., Respondents. ANNE J. MATHES, Objecting Stockholder, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan and Shientag, JJ.

WATERMAN CORPORATION et al., Respondents, v. JAMES M. JOHNSTON et al., Defendants, and RHODE ISLAND INSURANCE COMPANY et al., Respondents. LUCILLE KALT, Objecting Stockholder, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan and Shientag, JJ.

(May 28, 1952.)

PICTORIAL FILMS, INC., Respondent, v. PATHE INDUSTRIES, INC., Appellant, et al., Defendants.— Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

(May 29, 1952.)
(Republish.)

JULIA FALK et al., Respondents, v. CRYSTAL HALL INC. et al., Appellants.— As defendants were joint tortfeasors we think the result arrived at by Trial Term was correct. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 1071; 280 App. Div. 861.]